UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

D.B.U., et al.,

v.

Trump, et al.

Case No. 25-01265

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

D.B.U., R.M.M., on behalf of themselves and others similarly situated.
[Party or Parties][1]

Petitioners-Appellees, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

| | |
|---|---|
| Ashley Gorski | Patrick Toomey |
| Name of Counsel | Name of Counsel |
| *(signature)* | *(signature)* |
| Signature of Counsel | Signature of Counsel |
| 125 Broad Street, 18th Floor, New York, NY 10004; (212) 549 2500 | 125 Broad Street, 18th Floor, New York, NY 10004; (212) 549 2500 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| agorski@aclu.org | ptoomey@aclu.org |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

July 11, 2025
Date

/s/ Ashley Gorski
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑  All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance
　　　　　[date]

Form to:

_____

at_____,

the last known address/email address, by _____.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　[state method of service]

 July 11, 2025_____
Date

/s/ Ashley Gorski
_____
Signature