UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## DOCKETING STATEMENT

| Appeal Number | 25-1265 |
|---|---|
| Case Name | D.B.U., et al., v. Trump, et al. |
| Party or Parties Filing Notice of Appeal Or Petition | Donald J. Trump, Pamela Bondi, Kristi Noem, USDHS, Todd Lyons, USICE, Marco Rubio, State Dep't, Robert Guadian, Dawn Ceja |
| Appellee(s) or Respondent(s) | D.B.U., R.M.M., and others similarly situated |
| List all prior or related appeals in this court with appropriate citation(s). | 25-1164 |

**I.    JURISDICTION OVER APPEAL OR PETITION FOR REVIEW**

    **A.    APPEAL FROM DISTRICT COURT**

        **1.**    Date final judgment or order to be reviewed was **entered** on the district court docket:     5/6/25

        **2.**    Date notice of appeal was **filed**:    7/7/25

        **3.**    State the time limit for filing the notice of appeal (cite the specific provision of Fed. R. App. P. 4 or other statutory authority): 60 days, FRAP 4(a)(1)(B)(ii) & (iii)

            **a.**    Was the United States or an officer or an agency of the United States a party below?            yes

            **b.**    Was a motion filed for an extension of time to file the notice of appeal? If so, give the filing date of the motion, the date of any order disposing of the motion, and the deadline for filing the notice of appeal:                         no

4. Tolling Motions. *See* Fed. R. App. P. 4(a)(4)(A); 4(b)(3)(A).

   a. Give the filing date of any motion that tolls the time to appeal pursuant to Fed. R. App. P. 4(a)(4)(A) or 4(b)(3)(A): _____

   b. Has an order been entered by the district court disposing of any such motion, and, if so, when? _____

5. Is the order or judgment final (i.e. does it dispose of **all** claims by and against **all** parties)? *See* 28 U.S.C. § 1291. ___yes___

   **(If your answer to Question 5 is no, please answer the following questions in this section.)**

   a. If not, did the district court direct entry of judgment in accordance with Fed. R. Civ. P. 54(b)? When was this done? _____

   b. If the judgment or order is not a final disposition, is it appealable under 28 U.S.C. ' 1292(a)? _____

   c. If none of the above applies, what is the **specific** legal authority for determining that the judgment or order is appealable? _____

6. Cross Appeals.

   a. If this is a cross appeal, what relief do you seek beyond preserving the judgment below? *See United Fire & Cas. Co. v. Boulder Plaza Residential, LLC*, 633 F.3d 951, 958 (10th Cir. 2011) (addressing jurisdictional validity of conditional cross appeals). _____

   b. If you do not seek relief beyond an alternative basis for affirmance, what is the jurisdictional basis for your appeal? *See Breakthrough Mgt. Group, Inc. v. Chukchansi Gold Casino and Resort*, 629 F.3d 1173, 1196-98 and n.18 (10th Cir. 2010) (discussing protective or conditional cross appeals). _____

**B.**    **REVIEW OF AGENCY ORDER** (To be completed only in connection with petitions for review or applications for enforcement filed directly with the court of appeals.)

      **1.**    Date of the order to be reviewed: _____

      **2.**    Date petition for review was filed: _____

      **3.**    Specify the statute or other authority granting the Tenth Circuit Court of Appeals jurisdiction to review the order: _____

      **4.**    Specify the time limit for filing the petition (cite specific statutory section or other authority): _____

**C.**    **APPEAL OF TAX COURT DECISION**

      **1.**    Date of entry of decision appealed: _____

      **2.**    Date notice of appeal was filed: _____
(If notice was filed by mail, attach proof of postmark.)

      **3.**    State the time limit for filing notice of appeal (cite specific statutory section or other authority): _____

      **4.**    Was a timely motion to vacate or revise a decision made under the Tax Court's Rules of Practice, and if so, when? *See* Fed. R. App. P. 13(a) _____

**II.** **ADDITIONAL INFORMATION IN CRIMINAL APPEALS.**

    **A.** Does this appeal involve review under 18 U.S.C. ' 3742(a) or (b) of the sentence imposed? _____

    **B.** If the answer to A (immediately above) is yes, does the defendant also challenge the judgment of conviction? _____

    **C.** Describe the sentence imposed. _____
_____

    **D.** Was the sentence imposed after a plea of guilty? _____

    **E.** If the answer to D (immediately above) is yes, did the plea agreement include a waiver of appeal and/or collateral challenges? _____

    **F.** Is the defendant on probation or at liberty pending appeal? _____

    **G.** If the defendant is incarcerated, what is the anticipated release date if the judgment of conviction is fully executed? _____

    **NOTE**: In the event expedited review is requested and a motion to that effect is filed, the defendant shall consider whether a transcript of any portion of the trial court proceedings is necessary for the appeal. Necessary transcripts must be ordered by completing and delivering the transcript order form to the Clerk of the district court with a copy filed in the court of appeals.

III.    **GIVE A BRIEF DESCRIPTION OF THE NATURE OF THE UNDERLYING CASE AND RESULT BELOW**.

The plaintiffs sought class certification and habeas and injunctive relief based on their fear that they would be detained and removed from the United States under a Presidential Proclamation invoking the Alien Enemies Act. The court below enjoined Defendants-Appellants from "detaining, transferring, or removing Petitioners and members of the certified class under the Act based on the Proclamation" from District of Colorado.

IV.    **IDENTIFY TO THE BEST OF YOUR ABILITY AT THIS STAGE OF THE PROCEEDINGS, THE ISSUES TO BE RAISED IN THIS APPEAL. You must attempt to identify the issues even if you were not counsel below.** *See* **10th Cir. R. 3.4(B).**

**Whether the district court erred in granting the preliminary injunction.**

**Whether the district court erred by certifying the class.**

V. **ATTORNEY FILING DOCKETING STATEMENT:**

Name: ___Spencer Shucard_____     Telephone: _____(202) 305-2024

Firm: U.S. Dep't of Justice, Civil Division, Office of Immigration Litigation

Email Address: _____spencer.s.shucard@usdoj.gov_____

Address: _____PO Box 878, Ben Franklin Station_____

_____Washington, DC  20044_____

_____


____/s/ Spencer S. Shucard_____          _____07/21/25_____

Signature                                                                                              Date

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                    s/ Spencer Shucard
                                                    SPENCER S. SHUCARD
                                                    Trial Attorney
                                                    Office of Immigration Litigation
                                                    Civil Division
                                                    U.S. Department of Justice
                                                    P. O. Box 878, Ben Franklin Station
                                                    Washington, D. C. 20044

Telephone: (202) 305-2024