FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

July 15, 2025

Christopher M. Wolpert
Clerk of Court

---

D.B.U., and on behalf of themselves and others similarly situated, et al.,

    Petitioners - Appellees,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

    Respondents - Appellants.

No. 25-1265
(D.C. No. 1:25-CV-01163-CNS)
(D. Colo.)

---

## ORDER

---

This matter is before the court on Respondents' *Motion to Hold Appeal in Abeyance*. Respondents ask the court to abate this appeal pending the outcome of *W.M.M. v. Trump*, No. 25-10534 (5th Cir.), which has been fully briefed and argued, because "the bulk of the issues in this case are duplicative of issues raised" in *W.M.M.* Petitioners do not oppose the motion.

The motion is granted and this appeal is ABATED. However, the deadlines for filing the preliminary documents remain in effect. **Within 30 days** from the date of this order, or within five days of any occurrence affecting this abatement, Respondents shall file a status report advising the court of the status of *W.M.M.* or any other event relevant to this appeal.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk