No. 25-1265

In the United States Court of Appeals for the Tenth Circuit

**D.B.U.**, and **R.M.M.**, on their own behalf and on behalf of others similarly situated,

*Petitioners–Appellees*,

v.

**DONALD J. TRUMP**, in his official capacity as President of the United States; **PAMELA BONDI**, Attorney General of the United States, in her official capacity; **KRISTI NOEM**, Secretary of the U.S. Department of Homeland Security, in her official capacity; **U.S. DEPARTMENT OF HOMELAND SECURITY**; **TODD LYONS**, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**; **MARCO RUBIO**, Secretary of State, in his official capacity; **U.S. STATE DEPARTMENT**; **ROBERT GUADIAN**, in his official capacity as Director of the Denver Field Office, U.S. Immigration and Customs Enforcement; and **DAWN CEJA**, in her official capacity as Warden, Denver Contract Detention Facility,

*Respondents–Appellants*.

On Appeal from a Judgment of the United States District Court for the District of Colorado

**RESPONDENTS' STATUS REPORT**

Pursuant to the Court's July 15, 2025 order (ECF 22), Respondents provide the following status report. As previously reported, *W.M.M. v. Trump*, No. 25-10534 (5th Cir.) is fully argued and briefed, and is awaiting disposition by the Fifth Circuit. No other developments relevant to this case have transpired.

        Respectfully submitted,

        **Brett A. Shumate**
        Assistant Attorney General
        Civil Division

        **Yaakov M. Roth**
        Principal Deputy Assistant Attorney General
        Civil Division

        **Tiberius T. Davis**
        Counsel to the Assistant Attorney General

        **Anthony Nicastro**
        Acting Director
        Office of Immigration Litigation

        s/Spencer S. Shucard
        **Spencer Shucard**
        Trial Attorney
        Office of Immigration Litigation
        P.O. Box 878, Ben Franklin Station
        Washington, DC 20044-0878
        (202) 305-2024
        spencer.s.shucard@usdoj.gov

Dated: August 14, 2025　　*Counsel for Respondents–Appellants*

**Certificate of Compliance for Papers Submitted Under Fed. R. App. P. 27(d)(2)(A)**

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 50 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word for Microsoft 365 MSO (Version 2504 Build 16.0.18730.20220) 64-bit.

Dated: August 14, 2025   s/Spencer S. Shucard
*Counsel for Respondents–Appellants*