No. 25-01265

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

D.B.U., et al., on their own behalf and on behalf of others similarly situated,

*Petitioners-Appellees,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

*Respondents-Appellants.*

_____

On Appeal from the United States District Court
for the District of Colorado, Case No. 1:25-CV-1163-CNS
The Hon. Charlotte N. Sweeney

**PETITIONERS' RESPONSE TO RESPONDENTS' STATUS REPORT**

Noelle Smith
Oscar Sarabia Roman
My Khanh Ngo
Spencer Amdur
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
nsmith@aclu.org
osarabia@aclu.org
mngo@aclu.org
samdur@aclu.org

Lee Gelernt
Daniel Galindo
Ashley Gorski
Patrick Toomey
Omar Jadwat
Hina Shamsi
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org
dgalindo@aclu.org

Kathryn Huddleston*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, NW, 7th Floor
Washington, D.C. 20005
(212) 549-2500
khuddleston@aclu.org

Tamara F. Goodlette
Laura Lunn
Rocky Mountain Immigrant Advocacy
7301 Federal Blvd., Suite 300
Westminster, CO 80030
720-370-9100
tgoodlette@rmian.org
llunn@rmian.org

*Barred in Texas and Arizona only; supervised by a member of the D.C. Bar

agorski@aclu.org
ptoomey@aclu.org
ojadwat@aclu.org
hshamsi@aclu.org

Timothy R. Macdonald
Sara R. Neel
Emma Mclean-Riggs
Anna I. Kurtz
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF COLORADO
303 E. 17th Avenue
Denver, CO 80203
303-777-5482
sneel@aclu-co.org
tmacdonald@aclu-co.org
emcleanriggs@aclu-co.org
akurtz@aclu-co.org

*Counsel for Petitioners-Appellees*

Pursuant to the Court's September 5, 2025 Order, Petitioners submit this response to Respondents' Status Report, Dkt. No. 31. Respondents request that the abeyance in this case continue until after the time for seeking further review in *W.M.M. v. Trump*, No. 25-10534, --- F.4th ----, 2025 WL 2508869 (5th Cir. Sept. 2, 2025), has run. Petitioners did not oppose Respondents' original motion to hold this case in abeyance, Dkt. No. 20 at 1 n.1, and continue to be unopposed to holding this case in abeyance pending the disposition of *W.M.M.* Because the merits questions in *W.M.M.*—regarding the legality of removals under the Alien Enemies Act—are substantially identical to the questions on appeal in this case and may be addressed by the Supreme Court, Petitioners agree that briefing at this point would be duplicative. *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1371 (2025) (Kavanaugh, J., concurring) (noting that resolution "likely can be provided only by this Court" and contemplating "this Court's final resolution of the critical legal issues"). Petitioners propose that the parties submit a joint status report within seven days after any Supreme Court decision on a petition for certiorari in *W.M.M.* or, if no petition for certiorari is filed, within seven days after the expiration of the deadline for a petition for certiorari in *W.M.M.*

| | |
|---|---|
| Date: September 11, 2025 | Respectfully submitted, |
| | /s/ Lee Gelernt |
| Noelle Smith | Lee Gelernt |
| Oscar Sarabia Roman | Daniel Galindo |
| My Khanh Ngo | Ashley Gorski |
| Spencer Amdur | Patrick Toomey |
| Cody Wofsy | Omar Jadwat |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | Hina Shamsi |
| 425 California Street, Suite 700 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| San Francisco, CA 94104 | 125 Broad Street, 18th Floor |
| (415) 343-0770 | New York, NY 10004 |
| nsmith@aclu.org | (212) 549-2660 |
| osarabia@aclu.org | lgelernt@aclu.org |
| mngo@aclu.org | dgalindo@aclu.org |
| samdur@aclu.org | agorski@aclu.org |
| | ptoomey@aclu.org |
| Kathryn Huddleston* | ojadwat@aclu.org |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | hshamsi@aclu.org |
| 915 15th Street, NW, 7th Floor | Timothy R. Macdonald |
| Washington, D.C. 20005 | Sara R. Neel |
| (212) 549-2500 | Emma Mclean-Riggs |
| khuddleston@aclu.org | Anna I. Kurtz |
| | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF COLORADO |
| Tamara F. Goodlette | 303 E. 17th Avenue |
| Laura Lunn | Denver, CO 80203 |
| Rocky Mountain Immigrant Advocacy | 303-777-5482 |
| 7301 Federal Blvd., Suite 300 | sneel@aclu-co.org |
| Westminster, CO 80030 | tmacdonald@aclu-co.org |
| 720-370-9100 | emcleanriggs@aclu-co.org |
| tgoodlette@rmian.org | akurtz@aclu-co.org |
| llunn@rmian.org | |
| *Barred in Texas and Arizona only; supervised by a member of the D.C. Bar | *Counsel for Petitioners-Appellees* |

# CERTIFICATE OF COMPLIANCE

I certify that this document complies with the limitation set forth in Federal Rules of Appellate Procedure 27(d)(2)(A) because it contains 220 words, exclusive of the portions of the brief that are exempted by Rule 32(f).

I certify that this document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ *Lee Gelernt*
Lee Gelernt
September 11, 2025