No. 25-1265

In the United States Court of Appeals for the Tenth Circuit

**D.B.U.**, and **R.M.M.**, on their own behalf and on behalf of others similarly situated,

*Petitioners–Appellees*,

v.

**DONALD J. TRUMP**, in his official capacity as President of the United States; **PAMELA BONDI**, Attorney General of the United States, in her official capacity; **KRISTI NOEM**, Secretary of the U.S. Department of Homeland Security, in her official capacity; **U.S. DEPARTMENT OF HOMELAND SECURITY**; **TODD LYONS**, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**; **MARCO RUBIO**, Secretary of State, in his official capacity; **U.S. STATE DEPARTMENT**; **ROBERT GUADIAN**, in his official capacity as Director of the Denver Field Office, U.S. Immigration and Customs Enforcement; and **DAWN CEJA**, in her official capacity as Warden, Denver Contract Detention Facility,

*Respondents–Appellants*.

On Appeal from a Judgment of the United States District Court for the District of Colorado

### RESPONDENTS' STATUS REPORT

Pursuant to the Court's September 11, 2025 order (ECF 34), Respondents provide the following status report. On September 30, 2025, the Fifth Circuit granted government's petition for rehearing en banc in *W.M.M. v. Trump*, No. 25-10534, 2025 U.S. App. LEXIS 22605 (5th Cir. Sep. 2, 2025). Respondents request that the abeyance in this case continue until after the Fifth Circuit has ruled in *W.M.M.*

Respectfully submitted,

**Brett A. Shumate**
Assistant Attorney General
Civil Division

**Yaakov M. Roth**
Principal Deputy Assistant Attorney General
Civil Division

**Tiberius T. Davis**
Counsel to the Assistant Attorney General

**Anthony Nicastro**
Acting Director
Office of Immigration Litigation

s/Spencer S. Shucard
**Spencer Shucard**
Trial Attorney
Office of Immigration Litigation
(202) 305-2024
spencer.s.shucard@usdoj.gov

Dated: October 1, 2025      *Counsel for Respondents–Appellants*

**Certificate of Compliance for Papers Submitted Under Fed. R. App. P. 27(d)(2)(A)**

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 66 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word for Microsoft 365 MSO (Version 2504 Build 16.0.18730.20220) 64-bit.

Dated: October 1, 2025   <u>s/Spencer S. Shucard</u>
*Counsel for Respondents–Appellants*