**No. 25-1265**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

D.B.U., et al., on their own behalf and on behalf of others similarly situated,

*Petitioners-Appellees,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

*Respondents-Appellants.*

On Appeal from the United States District Court
for the District of Colorado, Case No. 1:25-CV-1163-CNS
The Hon. Charlotte N. Sweeney

# JOINT STATUS REPORT

Pursuant to the Court's October 8, 2025 order, Dkt. No. 38, the parties provide the following status report. As the parties had previously informed the Court, the Fifth Circuit en banc has now dismissed the appeal in that case for lack of jurisdiction. *W.M.M.*, No. 25-10534, Doc. 366-1 (5th Cir. Aug. 13, 2026). The parties are continuing to confer regarding the current abeyance in this litigation in light of the Fifth Circuit's decision.

Date: September 3, 2026

Respectfully submitted,

*/s/ Lee Gelernt*
Lee Gelernt
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

*Counsel for Petitioners-Appellees*

*/s/ Spencer S. Shucard*
Spencer Shucard
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
PO Box 878 Ben Franklin Station
Washington, DC 20044
Spencer.s.shucard@usdoj.gov

*Counsel for Respondents-Appellants*

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the limitation set forth in Federal Rules of Appellate Procedure 27(b)(3) because it contains 73 words, exclusive of the portions of the brief that are exempted by Rule 32(f). I certify that this document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ *Lee Gelernt*
Lee Gelernt

September 3, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2026, I electronically filed the foregoing Motion with the Clerk for the United States Court of Appeals for the Tenth Circuit by using the CM/ECF system. A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

/s/ *Lee Gelernt*
Lee Gelernt

September 3, 2026